nied. *Mr. Meyer Abrams* for petitioners. *Mr. A. N. Whitlock* for respondents.

No. 583. GRAND RAPIDS FURNITURE CO. *v.* GRAND RAPIDS FURNITURE CO ET AL. February 7, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Pearl M. Hart* for petitioner. *Mr. John J. Yowell* for respondents.

No. 584. WERNECKE *v.* UNITED STATES. February 7, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Leo L. Donahoe* and *Laurence B. Jacobs* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 616. MURRAY ET AL. *v.* LAGUARDIA, MAYOR, ET AL. February 7, 1944. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Menahem Stim* for petitioners. *Mr. Jeremiah M. Evarts* for the Board of Estimate of New York City et al., and *Messrs. Churchill Rodgers* and *Samuel Seabury* for the Metropolitan Life Insurance Co., respondents.

No. 593. TOFFENETTI RESTAURANT CO., INC. *v.* NEW YORK STATE LABOR RELATIONS BOARD. February 7, 1944. The application for a stay is denied. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Abraham Teitelbaum* for petitioner.